H. Grant Law (SBN 144505)
hlaw@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street Suite 2300
San Francisco, California 94105
Tel: (415) 544-1900 | Fax: (415) 391-0281

Jimmy Y. Park (SBN 228290)
jpark@shb.com
Kristine Avena (SBN 328593)
kavena@shb.com
SHOOK, HARDY & BACON L.L.P.
2121 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Tel: (424) 285-8330 | Fax: (424) 204-9093

Attorneys for Defendant
VOLKSWAGEN GROUP OF AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARETT DAVID KAMEL AWAD,<br><br>Plaintiff,<br><br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., and DOES 1 through 125,<br><br>Defendants. | Case No. 3:26-cv-2189<br><br>**DEFENDANT VOLKSWAGEN GROUP OF AMERICA, INC.'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES AND PERSONS**<br><br>Complaint Filed: February 6, 2026 |

Pursuant to Federal Rule of Civil Procedure 7.1 and Rule 3-15 of the Local Rules of the United States District Court for the Northern District of California, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1.     Volkswagen Group of America, Inc.

Volkswagen Group of America, Inc. is an indirect wholly-owned subsidiary of

1

Volkswagen AG, a publicly traded German corporation. Volkswagen Group of America, Inc. has no publicly traded subsidiaries.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: March 12, 2026

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.


By:  */s/ Kristine Avena*
H. GRANT LAW
JIMMY Y. PARK
KRISTINE AVENA

Attorneys for Defendant
VOLKSWAGEN GROUP OF
AMERICA, INC.

2